**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gary J. Seybert Sr.                                              CHAPTER 13
       Glenda J. Seybert
             Debtor(s)                                              BKY. NO. 20-20993 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Home Investment Fund V, LP and index same on the master mailing list.

                                               Respectfully submitted,

                                               **/s/James C. Warmbrodt, Esquire**
                                               James C. Warmbrodt, Esquire
                                               Attorney I.D. No. 42524
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               412-430-3594
                                               jwarmbrodt@kmllawgroup.com