**\*FILING FEE PAID\*** (Yes) ~~No~~

FILED
6/1/20 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Seybert, Sr.**   JAD/TPA/CMB/**GLT**

Case Number: **20-20993**

Date of Meeting: **5/28/20**   Recording # **10**

Debtor(s) present ✓ or Not Present ___   (✓ No Payments Made or ___ partial payments)

Attorney for debtor(s) **Steidl, J**   (Present ✓ or Not Present ___)

Date of Plan at § 341: **4-30-20**   Applicable commitment period ✓ 3 yrs ___ 5 yrs

*cont to pre bar concil. for payments*

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting  OR  ✓ Conciliation Conf. OR ___ *Contested Hearing
On **8-6-20** at **2:00** am/pm Location _____

*Kate DeSimone*
Chapter 13 Trustee/Attorney for Trustee