IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gary J. Seybert, Sr., | ) | Bankruptcy No. 20-20993 GLT |
| Glenda J. Seybert, | ) | Chapter 13 |
| | ) | Related to Document No(s). 25, 26 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| Gary J. Seybert, Sr., | ) | July 29, 2020 at 10:30am |
| Glenda J. Seybert, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC | ) | |
| c/o Resurgent Capital Services, | | |
| | | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 2

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 2 filed on June 11, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 2 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 2 were to be filed and served no later than July 13, 2020.

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 2 be entered by the Court.

                                                                        Respectfully submitted,

July 14, 2020_____         /s/Kenneth Steidl_____
Date:                                       Kenneth Steidl, Esquire
                                                      Attorney for the Debtors
                                                      STEIDL & STEINBERG
                                                      2830 Gulf Tower
                                                      707 Grant Street
                                                      Pittsburgh, PA  15219
                                                      (412) 391-8000
                                                      PA I. D. No.  34965
                                                      ken.steidl@steidl-steinberg.com