FILED
7/15/20 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gary J. Seybert, Sr. and ) | Bankruptcy No. 20-20993 GLT |
| Glenda J. Seybert, ) | Chapter 13 |
| ) | Document No. 23 |
| Debtors ) | |
| ) | |
| Gary J. Seybert, Sr. and ) | |
| Glenda J. Seybert, ) | |
| ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| LVNV Funding, LLC ) | |
| c/o Resurgent Capital Services, ) | |
| Respondent | |

**ORDER OF COURT**

AND NOW, to wit, this ___15th___ day of __July_____, 2020, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 1 is

stricken as the debt is uncollectable under 42 Pa. C.S. 5525(a).

Prepared by: __Kenneth Steidl, Esq.___

**DEFAULT ENTRY**

Dated: July 15, 2020

Gregory Taddonio     hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary J. Seybert, Sr.
Glenda J. Seybert
      Debtors

Case No. 20-20993-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jul 16, 2020
           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db/jdb       +Gary J. Seybert, Sr.,    Glenda J. Seybert,    208 West Washington St.,
          Harrisville, PA 16038-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    HOME INVESTMENT FUND V, LP bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Gary J. Seybert, Sr. julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
      eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
      inberg.com
      Kenneth Steidl    on behalf of Joint Debtor Glenda J. Seybert julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
      eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
      inberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                    TOTAL: 5