IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/15/20 5:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gary J. Seybert, Sr. and ) | Bankruptcy No. 20-20993 GLT |
| Glenda J. Seybert, ) | Chapter 13 |
| ) | Document No. 25 |
| Debtors ) | |
| ) | |
| Gary J. Seybert, Sr. and ) | |
| Glenda J. Seybert, ) | |
| ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| LVNV Funding, LLC ) | |
| c/o Resurgent Capital Services, ) | |
| Respondent | |

## ORDER OF COURT

AND NOW, to wit, this ___15th___ day of ___July___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 2 is stricken as the debt is uncollectable under 42 Pa. C.S. 5525(a).

Prepared by: _Kenneth Steidl, Esq._

**DEFAULT ENTRY**

Dated: July 15, 2020

_____
Gregory J. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary J. Seybert, Sr.
Glenda J. Seybert
    Debtors

Case No. 20-20993-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil               Page 1 of 1             Date Rcvd: Jul 16, 2020
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db/jdb        +Gary J. Seybert, Sr.,   Glenda J. Seybert,   208 West Washington St.,
               Harrisville, PA 16038-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    HOME INVESTMENT FUND V, LP bkgroup@kmllawgroup.com
        Kenneth  Steidl    on behalf of Debtor Gary J. Seybert, Sr. julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
        Kenneth  Steidl    on behalf of Joint Debtor Glenda J. Seybert julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                               TOTAL: 5