IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gary J. Seybert, Sr. and | ) | Bankruptcy No. 20-20993 GLT |
| Glenda J. Seybert, | ) | Chapter 13 |
| | ) | Related Document No. 32 |
| Debtors | ) | |
| | ) | |
| Gary J. Seybert, Sr. and | ) | |
| Glenda J. Seybert, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC | ) | |
| c/o Resurgent Capital Services, | ) | |
| | | |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 21, 2020, a true and correct copy of the *Order of Court dated July 15, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

| | |
|---|---|
| LVNV Funding, LLC | Gary J., Sr. & Glenda J. Seybert |
| c/o Resurgent Capital Services | 208 West Washington St. |
| Attn: David Lamb | Harrisville, PA 16038 |
| PO Box 10587 | |
| Greenville, SC 29603-0587 | |

**Served by ECF: Ronda J. Winnecour, Trustee**
**Served by ECF: Office of the United States Trustee**

| | |
|---|---|
| Date of Service:   July 21, 2020 | /s/ Kenneth Steidl |
| | Kenneth Steidl, Esquire |
| | STEIDL & STEINBERG |
| | 28th Floor, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | PA I.D. 34965 |