IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gary J. Seybert, Sr. and | ) | Bankruptcy No. 20-20993 GLT |
| Glenda J. Seybert, | ) | Chapter 13 |
| | ) | Related Document No. 31 |
| Debtors | ) | |
| | ) | |
| Gary J. Seybert, Sr. and | ) | |
| Glenda J. Seybert, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC | ) | |
| c/o Resurgent Capital Services, | ) | |
| | | |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 21, 2020, a true and correct copy of the *Order of Court dated July 15, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: William Andrews
PO Box 10587
Greenville, SC 29603-0587

Gary J., Sr. & Glenda J. Seybert
208 West Washington St.
Harrisville, PA 16038

**Served by ECF: Ronda J. Winnecour, Trustee**
**Served by ECF: Office of the United States Trustee**

Date of Service:    July 21, 2020        /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965