**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    GARY J. SEYBERT, SR.
    GLENDA J. SEYBERT
          Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Case No.:20-20993 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/16/2020 and confirmed on 08/11/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,500.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 735.40 | |
|     Trustee Fee | 320.50 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,055.90 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 2241 | | | | |
| | FIRST AMERICAN ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0023 | | | | |
| | BUTLER COUNTY TAX CLAIM BUREAU | 2,268.26 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0000 | | | | |
| | HARRISVILLE BORO SANITARY SWG | 1,420.75 | 0.00 | 0.00 | 0.00 |
| |   Acct: 4000 | | | | |
| | HOME INVESTMENT FUND | 0.00 | 3,444.10 | 0.00 | 3,444.10 |
| |   Acct: 3864 | | | | |
| | HOME INVESTMENT FUND | 63,818.30 | 0.00 | 0.00 | 0.00 |
| |   Acct: 3864 | | | | |
| | | | | | 3,444.10 |
| Priority | | | | | |
| | KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: | | | | |
| | GARY J. SEYBERT, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: | | | | |

| 20-20993 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG | 3,400.00 | 735.40 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 4,175.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0578 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| JPMORGAN CHASE BANK | 2,944.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0872 | | | | |
| FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,693.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4604 | | | | |
| LIBERTY MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH J NASH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4500 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5408 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 299.35 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                    3,444.10

TOTAL CLAIMED
PRIORITY            4,175.00
SECURED            67,507.31
UNSECURED         4,937.26

Date: 05/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com